IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RUBEN GARCIA-HERRERA

    Plaintiff,

v.

KLAMATH COUNTY, OREGON, DENNIS GIBBS, ERIC GORITZ, AMANDA GRAHAM, RYAN KABER, JIMMY LEACH, and WESLEY PARKER,

    Defendants.

Case No. 1:20-cv-01102-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 19), and the matter is now before this court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 19) is adopted in full. Defendants' Motions to Dismiss (ECF Nos. 11 and 16) are granted. Plaintiff's ADA Title II claim is dismissed without prejudice. All other claims and defendants are dismissed with prejudice.

IT IS SO ORDERED.

1 –ORDER

DATED this 26th day of May, 2021.

       /s/ Michael J. McShane
Michael McShane
United States District Judge